IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BMG MUSIC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  05-CV-1316 |
| ) | |
| GENE NELSON, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On October 21, 2005, Plaintiffs paid the filing fees in full for this matter, and on November 7, 2005 (after a Text Order by this Court directing it), Plaintiffs filed their Complaint herein.  However, Plaintiffs have not taken steps to perfect service on Defendant.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint.   On March 7, 2006, the 120 days for service lapsed.  Plaintiffs were reminded of the 120-day rule by this Court's Text Order of March 13, 2006 and directed to file a status report by March 27, 2006 to show cause why the case should not be dismissed for want of prosecution.  As of this date, Plaintiffs have failed to comply with Rule 4(m)

or to file the status report as ordered.  The Court recommends that Plaintiffs' Complaint be dismissed for want of prosecution.

Plaintiffs are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:   April 6, 2006

    FOR THE COURT:        s/ Byron G. Cudmore

                                            _____
                                              BYRON G. CUDMORE
                                      UNITED STATES MAGISTRATE JUDGE